JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: September 22, 2010

Check No. 2013694

Check Amount: $6,856.71

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 05-30262-R | 00034 | DANIEL LAWRENCE & ANITA CHAVEZ CLUCK | 5 | 9692 | 0.67 | 0.00 | 0.67 |
| | | Original check written to: <br> CARD SERVICE CENTER <br> P. O. BOX 23356 <br> PITTSBURGH, PA 15222 | | | | | |
| 05-42170-R | 00014 | JERALD WAYNE & ANDREA DENISE WRIGHT | 3 | XXXXX9611 | 219.82 | 0.00 | 219.82 |
| | | Original check written to: <br> GREAT ESCAPES <br> 1125 US HWY 98 SOUTH <br> LAKELAND, FL 33801 | | | | | |
| 05-42221-R | 00011 | GENE PAUL & NANCY RUTH KING | 8 | XXXXX9866 | 11.25 | 0.00 | 11.25 |
| | | Original check written to: <br> CHEVRON CREDIT BANK, N.A. <br> 2001 DIAMOND BLVD. <br> P. O. BOX 5010, SECT. 230 <br> CONCORD, CA 94524-0010 | | | | | |
| 05-43104-R | 00019 | BRYAN K. & DONNA M. KINDRED | 6 | XXXXX9109 | 2.50 | 0.00 | 2.50 |
| | | Original check written to: <br> FIRST CONSUMERS NATIONAL BANK <br> P. O. BOX 922788 <br> NORCROSS, GA 30010-2788 | | | | | |
| 05-43190-R | 00023 | TONY LEE HESTER | 10 | XXXXX8823 | 387.55 | 0.00 | 387.55 |
| | | Original check written to: <br> SOUTHWESTERN BELL YELLOW PAGES <br> C/O JAMESON AND DUNAGAN, PC <br> 3890 W. NORTHWEST HIGHWAY #550 <br> DALLAS, TX 75220 | | | | | |
| 05-43722-R | 00047 | MICHAEL DOUGLAS & BARBARA SUE JONES | 7 | XXXXX2598 | 2.30 | 0.00 | 2.30 |
| | | Original check written to: <br> WILLOWBEND DIAGNOSTIC IMAGING <br> 5025 PARK BLVD <br> SUITE 500 BLDG A <br> PLANO, TX 75093 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: September 22, 2010

Check No. 2013694

Check Amount: $6,856.71

NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 05-43860-R | 00011 | JUDY A. GIBSON | 13 | 610 | 10.16 | 0.00 | 10.16 |
| | | Original check written to: <br> BRISTLE CONE <br> 2600 PRESTON ROAD <br> PLANO, TX 75093 | | | | | |
| 05-44254-R | 00002 | JOHN LEONARD & TRACEY DAWN SLAWSON | 1 | 4425 | 50.60 | 1.56 | 52.16 |
| | | Original check written to: <br> CITIFINANCIAL MORTGAGE COMPANY <br> P. O. BOX 140609 <br> IRVING, TX 75014 | | | | | |
| 05-44254-R | 00061 | JOHN LEONARD & TRACEY DAWN SLAWSON | 8 | XXXXXIDED | 13.89 | 0.35 | 14.24 |
| | | Original check written to: <br> FIRST NATIONAL BANK <br> 110 EAST JEFFERSON <br> P. O. BOX 608 <br> VAN ALSTYNE, TX 75495 | | | | | |
| 05-44676-R | 00055 | BILLY DEAN & JOY RANAE MYERS | 2 | XXXXX5791 | 72.27 | 0.00 | 72.27 |
| | | Original check written to: <br> CHASE BANK, USA, NA <br> P. O. BOX 100018 <br> KENNESAW, GA 30156-9204 | | | | | |
| 05-44833-R | 00026 | SUSAN WARMBOLD | 2 | 1242 | 88.75 | 0.00 | 88.75 |
| | | Original check written to: <br> CARD SERVICE CENTER <br> P. O. BOX 23356 <br> PITTSBURGH, PA 15222 | | | | | |
| 05-44992-R | 00001 | MEREDITH DIONNE NOLEN | 5 | 3619 | 118.79 | 0.00 | 118.79 |
| | | Original check written to: <br> BANK OF AMERICA <br> P. O. BOX 2278 <br> NORFOLK, VA 23501-2278 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: September 22, 2010

Check No. 2013694

Check Amount: $6,856.71

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 05-47870-R | 00015 | STEVEN RICHARD & DIANE S. LITHERLAND | 27 | XXXXX3282 | 68.73 | 0.00 | 68.73 |
| | | Original check written to: ADVANCE ME, INC. 600 TOWNPARK LANE, SUITE 500 KENNESAW, GA 30144 | | | | | |
| 06-40034-R | 10008 | PAUL D. & SUSAN W. TERRY | 6 | XXXXX3974 | 8.94 | 0.00 | 8.94 |
| | | Original check written to: HARLEY DAVIDSON CREDIT 8529 INNOVATION WAY CHICAGO, IL 60682 | | | | | |
| 06-40291-R | 00019 | DONALD RYBA, JR. & KARLA L. RYBA | 16 | XXXXX8915 | 41.42 | 664.30 | 705.72 |
| | | Original check written to: TRAUNER COHEN & THOMAS, LLP 5901 PTREE DUN RD NE STE C500 ATLANTA, GA 30328-7190 | | | | | |
| 06-40689-R | 00025 | THOMAS W. & CINDY L. WHITMIRE | 4 | XXXXX4508 | 2.68 | 0.00 | 2.68 |
| | | Original check written to: SECURITY FINANCE CENTRAL BANKRUPTCY 652 BUSH RIVER ROAD #206 COLUMBIA, SC 29210-7537 | | | | | |
| 06-40689-R | 00041 | THOMAS W. & CINDY L. WHITMIRE | 9 | XXXXX4509 | 1.81 | 0.00 | 1.81 |
| | | Original check written to: SECURITY FINANCE CENTRAL BANKRUPTCY 652 BUSH RIVER ROAD #206 COLUMBIA, SC 29210-7537 | | | | | |
| 06-41716-R | 00019 | RUSSELL J. PRITCHETT, SR. & JUDY A. PRITCHETT | 9 | XXXXXREST | 108.27 | 0.00 | 108.27 |
| | | Original check written to: CREST SERVICES 2296 ROCK BROOK DRIVE #200 LEWISVILLE, TX 75067 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: September 22, 2010

Check No. 2013694

Check Amount: $6,856.71

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 07-41724-R | 00055 | SCOTTY RAY & SUSAN WISE PRICE | 26 | XXXXX8518 | 20.34 | 0.00 | 20.34 |
| | | Original check written to: LEASE FINANCE GROUP C/O PHILLIPS AND COHEN ASSOCIATES 258 CHAPMAN ROAD, SUITE 205 NEWARK, DE 19702 | | | | | |
| 07-42088-R | 00010 | LINDELL W. JENKINS, JR. & SHANNON E. JENKINS | 5 | XXXXX1571 | 0.00 | 48.73 | 48.73 |
| | | | | XXXXX0714 | | | |
| | | Original check written to: GREENVILLE ISD C/O PERDUE, BRANDON, FIELDER P. O. BOX 2007 TYLER, TX 75710-2007 | | | | | |
| 07-42088-R | 00047 | LINDELL W. JENKINS, JR. & SHANNON E. JENKINS | 2 | XXXXX1571 | 46.34 | 0.00 | 46.34 |
| | | Original check written to: OCWEN LOAN SERVICING, LLC 12650 INGENUITY DRIVE ORLANDO, FL 32826 | | | | | |
| 09-41330-R | 00009 | MARK & LORISA DOUGLAS | 3 | 7339 | 0.00 | 48.20 | 48.20 |
| | | Original check written to: AMERICAS SERVICING CO. 1 HOME CAMPUS MAC #X2501-01D DES MOINES, IA 50328 | | | | | |
| 10-41064-R | 00010 | COREY K. & DARLA D. PORTER | | XXXXX4589 | 27.70 | 0.00 | 27.70 |
| | | | | XXXXX8983 | | | |
| | | Original check written to: RENT A CENTER 2219 NORTH CENTER BONHAM, TX 75418 | | | | | |
| | | | **TOTALS** | | $1,304.78 | $763.14 | $2,067.92 |